# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | SENTENCING MINUTES |
| JONATHAN E HENLEY | Case No. 20-cr-0196-bhl-5 |

HONORABLE BRETT H. LUDWIG presiding  
Proceeding Held: 9/23/2021  
Deputy Clerk: Kristine B.

Time Called: 10:09 a.m.  
Time Concluded: 10:56 a.m.  
Tape: Liberty

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Stephen A. Ingraham |
| JONATHAN E HENLEY in person and by: | Gabriela A Leija |
| US PROBATION OFFICE by: | Daniel E. Dragolovich |

The government had no objection to the factual statements in the PSR or the application of the guidelines to the PSR. The defense corrected statements related to the defendant's family history in paragraph 68 of the PSR and had no other objections to the PSR or the application of the guidelines to the PSR.

The Court adopted the factual statements and guideline application as set forth in the PSR, subject to the revisions read into the record by defense counsel.

- ☒ The government presents sentencing argument: term of imprisonment at low end of sentencing guideline range, 2 years SR.
- ☒ Defendant exercises right of allocution.
- ☐ The government dismisses count(s) _____.
- ☒ The defendant presents sentencing argument: time served with 6 months home confinement as term of SR.
- ☒ The court imposes sentence.
- ☒ Defendant advised of appeal rights.

**SENTENCE IMPOSED:**

**Imprisonment:** __6__ Months as to Count(s) __6__ of the __Indictment__

**Supervised** __2__ Years as to Count(s) __6__ of the __Indictment__

**MONETARY PENALTIES**

**Special Assessment:** $ __100__ due immediately

**Fine:** $ _____ ☒ fine waived

**Restitution:** $ _____ ☐ determination deferred

**CUSTODY**

☒ The defendant is to voluntarily surrender, no sooner than 30 days, at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office.

☒ The Court granted the Defendant's oral motion to travel out of the district to Atlanta, Georgia, from today's date through September 28, 2021.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.

☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.